# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Karim Abdul Akbar ,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              3:09CV552

Robert C. Lewis , et al,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 5, 2010 Order.

                                              Signed: January 5, 2010

Frank G. Johns, Clerk
United States District Court